UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>                  Plaintiff,<br><br>v.<br><br>JS HOLDINGS, LLC,<br><br>                  Defendants. | Case No.: 3:19-CV-1031-DMS-AHG<br><br>**ORDER:**<br><br>**(1) RESETTING EARLY NEUTRAL EVALUATION CONFERENCE, and**<br><br>**(2) REGARDING EX PARTE APPLICATION**<br><br>**[ECF No. 7]** |

      Previously, the Court vacated the Early Neutral Evaluation Conference due to a conflict with its calendar. *See* ECF No. 6. The Early Neutral Evaluation Conference is **RESET** on the calendar of Judge Goddard for **September 3, 2019** at **2:00 p.m**.

      Regarding Plaintiff Anton Ewing's ("Plaintiff") ex parte application, the Court notes that all attorneys are bound by the rules of professional responsibility and the Court's order of civility. *See* CivLR 83.4. The Court declines to order further relief here. Additionally, regarding Plaintiff's objection to ex parte communications, the Court declines to issue an advisory opinion on the matter. *See, e.g.*, *Flast v. Cohen*, 392 U.S. 83, 96 (1968) ("[T]he oldest and most consistent thread in the federal law of justiciability

1

is that the federal courts will not give advisory opinions[.]"); *Maldonado v. Morales*, 556 F.3d 1037, 1044 (9th Cir. 2009) ("The role of the courts is neither to issue advisory opinions nor to declare rights in hypothetical cases, but to adjudicate live cases or controversies.").

The case will proceed as customary under the local rules.

**IT IS SO ORDERED**.

Dated: August 13, 2019

_____
Honorable Allison H. Goddard
United States Magistrate Judge