Lina Charry, Esq. [SBN 281508]
**LAW OFFICES OF LINA CHARRY**
2815 Camino del Rio South, Ste 124
San Diego, CA 92108
Telephone: (619) 820-6699
Facsimile: (619) 996-6899
Email: linacharry@gmail.com

Attorney for Defendant JS HOLDINGS, LLC

Anton Ewing, Plaintiff
3077 Clairmont Drive, #372
San Diego, CA 92117
619-719-9640
anton@antonewing.com

Pro Se

FILED
SEP 11 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JS Holdings, LLC, a California limited liability company,<br><br>Defendant. | Case No. 19-CV-1031-DMS-NLS<br><br>**JOINT MOTION FOR DIMISSAL WITH PREJUDICE**<br><br>Hon. Dana M. Sabraw<br>Hon. Magistrate Allison H. Goddard<br><br>Case Filed: June 3, 2019 |

**PLEASE TAKE NOTICE** that pursuant to a confidential Settlement Agreement entered into by the parties on September 3, 2019, plaintiff Anton Ewing and defendant JS Holdings, LLC, hereby jointly move under Federal Rule of Civil Procedure

1  41(a)(1)(A)(ii) to dismiss this action with prejudice as to all claims asserted against defendant, with each party bearing that party's own attorney's fees and costs.

Date: September 8, 2019               LAW OFFICES OF LINA CHARRY

                                      /S/ Lina Charry
                                      _____
                                      LINA CHARRY, ESQ.
                                      Attorney for Defendant
                                      JS HOLDINGS, LLC

Date: September 10, 2019

                                      _____
                                      ANTON EWING
                                      Plaintiff in Pro Per

## SIGNATURE CERTIFICATION

I, Lina Charry, certify that the content of this Joint Motion for Dismissal with Prejudice is acceptable to all parties signing the notice, as required by the United States District for the Southern District of California Electronic Case Filing Administrative Policies and Procedures.

Date: September 8, 2019        LAW OFFICES OF LINA CHARRY

/S/ *Lina Charry*
_____
LINA CHARRY, ESQ.
Attorney for Defendant
JS HOLDINGS, LLC