1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Anton Ewing, an individual,

*Plaintiff*,

vs.

JS Holdings, LLC, a California limited liability company,

*Defendant*.

No.  3:19-cv-01031 DMS AHG

**ORDER GRANTING JOINT DISMISSAL**

This matter, coming before the Court on the parties' Rule 41 Joint Motion to Dismiss (Dkt. 16, "Motion"), due notice having been given and the Court being fully apprised in the premises, it is HEREBY ORDERED THAT:

1.     The Motion is hereby GRANTED;

2.     The above-captioned matter is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) pursuant to a confidential written agreement between the parties; and

3.     The parties shall each bear their own respective attorney fees and costs for this matter.

     IT IS SO ORDERED.

1  Dated:  September 12, 2019

2

3  Hon. Dana M. Sabraw
   United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28